UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD RODNEY DILBECK,
    Plaintiff,

vs.                                             Case No.: 3:21cv359/LAC/EMT

CENTURION MEDICAL, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

    Plaintiff, proceeding pro se, commenced this civil rights case on February 25, 2021 (*see* ECF No. 1). Plaintiff did not file his civil rights complaint on the court-approved form (*id.*). Plaintiff also neither paid the filing fee nor filed a motion to proceed in forma pauperis (IFP). Therefore, on March 3, 2021, the court ordered Plaintiff to pay the filing fee or file a motion to proceed in forma pauperis (IFP) within thirty days (ECF No. 3). The court's order also directed Plaintiff to file an amended complaint within the same time (*see id.*). The undersigned directed the clerk of court to send Plaintiff a § 1983 complaint form and the correct set of forms needed for filing a motion to proceed IFP (*id.*). The undersigned notified Plaintiff that his failure to comply with the court's order as instructed would result in a recommendation of dismissal of this case (*id.* at 3).

At Plaintiff's request, the court extended the compliance deadline **five times**, with the latest deadline being November 15, 2021 (*see* ECF Nos. 4, 5, 6, 7, 9, 10, 11, 12, 13, 14). That deadline passed, and Plaintiff had not paid the filing fee, filed an IFP motion, or filed an amended complaint. The court thus entered an order, on November 24, 2021, directing Plaintiff to show cause, within thirty days, why the case should not be dismissed for failure to comply with an order of the court (ECF No. 15). The court notified Plaintiff that his failure to comply with the show cause order would result in a recommendation of dismissal of this case without further notice (*id.* at 3). The time for compliance with the show cause order has now elapsed, with no filings or other response from Plaintiff.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 3rd day of January 2022.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

Case No.: 3:21cv359/LAC/EMT

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>.  An objecting party must serve a copy of the objections on all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.: 3:21cv359/LAC/EMT