UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD RODNEY DILBECK,
    Plaintiff,

vs.                                              Case No.: 3:21cv359/LAC/EMT

CENTURION MEDICAL, et al.,
    Defendants.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on January 3, 2022 (ECF No. 16). The court furnished Plaintiff a copy of the Report and Recommendation and afforded him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 16) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

3. The clerk of court is directed to enter judgment in accordance with this order and close this case.

**DONE AND ORDERED** this 7th day of February, 2022.

> s/*L.A. Collier*
> **LACEY A. COLLIER**
> **SENIOR UNITED STATES DISTRICT JUDGE**